IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD KEITH DAVIS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-4357-L** |
| | § | |
| **JUDGE MIKE KEASLER,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case, which was brought by Plaintiff Richard Keith Davis ("Plaintiff") against Judge Mike Keasler ("Defendant") on October 30, 2012, was referred for initial screening to Magistrate Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 20, 2012, recommending that the claims asserted against Defendant be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) because Defendant is entitled to judicial immunity. Plaintiff, who is proceeding *pro se*, filed objections to the Report on January 3, 2012, but failed to address the magistrate judge's determination regarding Defendant's judicial immunity. After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** this action. The court's determination that this case should be dismissed moots Plaintiff's Motion to Appoint Counsel (Doc. 6), filed on October 30, 2012, and Plaintiff's Amended Motion to Appoint Counsel (Doc. 8), filed on October 31, 2012. Plaintiff's Motion to Appoint Counsel and Plaintiff's Amended Motion to Appoint Counsel are therefore **denied as moot**.

Order –Page 1

**It is so ordered** this 7th day of January, 2013.

_____
Sam A. Lindsay
United States District Judge

**Order –Page 2**